UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAQUELLE DEFELICE, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THONG V. NGUYEN, ) <br> Defendant. ) | CIVIL ACTION NO. 05-30198-MAP |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. This is an action by Plaintiff, RAQUELLE DEFELICE, for money damages arising from personal injuries which were caused by the negligence, recklessness, carelessness, and unlawful actions of the Defendant, THONG V. NGUYEN.

### JURISDICTION

2. Jurisdiction of this Court is based on diversity of citizenship of the parties. The amount in controversy exceeds the sum of $ 75,000.00, exclusive of interest and costs.

### VENUE

3. Venue in this District is based on 28 U.S.C., 1391 as this claim arose in the

Commonwealth of Massachusetts.

## PARTIES

4.  The Plaintiff, RAQUELLE DEFELICE, is a citizen and resident of the Commonwealth of Massachusetts, with an address of 18 West Green Street, Easthampton, Hampshire County, Massachusetts.

5.  The Defendant, THONG V. NGUYEN, is a citizen and resident of the State of California, with an address of 22245 Crane Street, Lake Forest, California.

## FACTUAL ALLEGATIONS

6.  On or about August 21, 2005 at approximately 4:52 p.m., the Plaintiff was the owner and operator of a 1997 Mercury sedan, Massachusetts Registration No. 41ME37.

7.  On said date and time, the Defendant, THONG V. NGUYEN, was the operator of a 2005 Ford F150, Massachusetts Registration No. 28AV48, owned by Enterprise Rent-A-Car.

## COUNT I - NEGLIGENCE
## RAQUELLE DEFELICE v. THONG V. NGUYEN

8. On or about August 21, 2005, at approximately 4:52 p.m., the Plaintiff, RAQUELLE DEFELICE, was operating the aforementioned motor vehicle northbound on the off-ramp of the Exit 6 Interchange of the Massachusetts Turnpike in Chicopee, Massachusetts, and was attempting to make a left turn on a green traffic light onto Route 291 eastbound.

9. On said date and time, the Defendant, THONG V. NGUYEN, was operating the aforementioned motor vehicle eastbound at the intersection of Route 291 and the Massachusetts Turnpike Interchange #6 in Chicopee when he failed to stop for a red light, entered said intersection, and collided with the vehicle operated by the Plaintiff.

10. While operating said motor vehicle, the Defendant, THONG V. NGUYEN, committed negligent acts or omissions, including but not limited to the following:

   a. negligently failing to maintain a proper lookout for dangers, obstacles, and motor vehicles in the path of his vehicle;

   b. negligently failing to keep his vehicle in proper control;

   c. negligently failing to operate his vehicle so as to avoid a collision with the Plaintiff;

 d. negligently failing to give his full time and attention to the operation of his motor vehicle;

 e. negligently failing to sound his horn;

 f. negligently failing to utilize his brakes;

 g. negligently failing to stop for a red light; and

 h. such other negligent and improper actions as may be discovered in the further investigation and pre-trial discovery of this claim.

11. As a direct and proximate result of the aforesaid negligence and carelessness of the Defendant, THONG V. NGUYEN, the Plaintiff, RAQUELLE DEFELICE, has received serious and grievous physical injuries, including but not limited to lacerations to the face and left arm, and a lacerated left cornea which will require her to undergo corneal transplant surgery. Some or all of these injuries and their affects may be permanent in nature, resulting in permanent loss of function, scarring and disfigurement.

12. As a further result, the Plaintiff has suffered continuous physical pain, nervousness, anxiety, and depression and will continue to suffer the same in the

future.

13. As a further result, the Plaintiff's ability to enjoy life and carry on her usual activities, hobbies, and recreations has been impaired for the rest of her life.

14. As a further result, the Plaintiff has incurred medical bills for treatment and care and will continue to do so in the future.

15. As a further result, the Plaintiff has incurred lost wages and lost earning capacity.

WHEREFORE, the Plaintiff, RAQUELLE DEFELICE, prays for judgment against the Defendant, THONG V. NGUYEN, in the sum of FIVE MILLION DOLLARS ($5,000,000.00) in compensatory damages, together with interest, costs, expert witness fees, attorney's fees, and such other and further relief as the Court may deem just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL COUNTS**

Respectfully submitted,

THE PLAINTIFF

Dated: 9/6/2005          By: _____

Alan R. Goodman, Esq.
1350 Main Street, 12th Floor
Springfield, MA 01103
(413)736-1616
(413)736-4861 FAX
**BBO # 201620**

By: _____

Robert A. DiTusa, Esquire
1350 Main Street, 12th Floor
Springfield, MA 01103
(413)736-1616
(413) 736-4861 FAX
**BBO # 649218**

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RAQUELLE DEFELICE

### DEFENDANTS
THONG V. NGUYEN

(b) County of Residence of First Listed Plaintiff: **Hampshire**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Orange county, CA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alan R. Goodman, Esquire, 1350 Main Street, Springfield, MA 01103  (413) 736-1616

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC section 1332
Brief description of cause:
Personal injury resulting from a motor vehicle collision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 9/6/05
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

306037

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   Raquelle Defelice v. Thong V. Nguyen

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___   I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   _X_   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒    NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?

   Eastern Division  ☐    Central Division  ☐    Western Division  ☒

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

   Eastern Division  ☐    Central Division  ☐    Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Alan R. Goodman, Esquire
ADDRESS   1350 Main Street, Springfield, MA 01103
TELEPHONE NO.   (413) 736-1616

(CategoryForm[1].wpd -5/2/05)