UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30198-MAP

| | |
|---|---|
| RAQUELLE DEFELICE,<br>  Plaintiff,<br>v.<br><br>THONG V. NGUYEN,<br>v.   Defendant. | PROOF OF SERVICE |

I, Alan R. Goodman, Esquire, attorney for the Plaintiff, Raquelle Defelice, hereby certify that on September 12, 2005, I served the Complaint and Summons in this action on the Defendant, Thong V. Nguyen, by mailing a copy of each, certified mail, return receipt requested, postage prepaid, addressed to Thong V. Nguyen, 22245 Crane Street, Lake Forest, CA 92630.

The original signed return receipt showing delivery is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th day of September, 2005.

Alan R. Goodman, Esquire
Law Firm of Alan R. Goodman
Sovereign Bank Building
1350 Main Street, 12th Floor
Springfield, MA  01103
(413) 736-1616
(413) 736-4861 FAX
**BBO# 201620**

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

RAQUELLE DEFELICE,

       Plaintiff,

V.

THONG V. NGUYEN,

       Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-30198-MAP

TO: (Name and address of defendant)

Thong V. Nguyen
22245 Crane Street
Lake Forest, CA 92630

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan R. Goodman, Esquire
1350 Main Street, 12th Floor
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK _____

_/s/ Mary_ _____
(BY) DEPUTY CLERK

_September 6, 2005_
DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                *Signature of Server*

                                              _____
                                                        *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9-12-05 |
| 1. Article Addressed to:<br><br>Thong V. Nguyen<br>22245 Crane Street<br>Lake Forest, CA 92630 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. 7001 2510 0001 2297 8854<br>(Transfer from service label) | |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Law Firm of Alan R. Goodman
1350 Main Street, 12th Floor
Springfield, MA 01103

ATT: PAM

003