UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAQUELLE DEFELICE,<br>  Plaintiff<br><br>vs.<br><br>THONG V. NGUYEN,<br>  Defendant | CIVIL ACTION NO. 05-30198-MAP |

## APPEARANCE

Please enter my appearance on behalf of the defendant Thong V. Nguyen, in the above-captioned matter.

                THE DEFENDANT
                THONG V. NGUYEN,

                _____
                Jeffrey Meehan
                Doherty, Wallace, Pillsbury and Murphy, P.C.
                1414 Main Street, Suite 1900
                Springfield, MA 01144
                Telephone: (413) 733-3111
                Telecopier: (413) 734-3910
                B.B.O. Number 341440

285483.1

## CERTIFICATE OF SERVICE

    I, L. Jeffrey Meehan, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, on _____10/11/05_____ to

Alan R. Goodman, Esq.
1350 Main Street, 12th Floor
Springfield, MA 01103

Robert A. DiTusa, Esq.
1350 Main Street, 12th Floor
Springfield, MA 01103

                                            L. Jeffrey Meehan, Esquire
                                            Doherty, Wallace, Pillsbury and Murphy, P.C.
                                            1414 Main Street, Suite 1900
                                            Springfield, MA 01144
                                            Telephone: (413) 733-3111
                                            Telecopier: (413) 734-3910
                                            B.B.O. Number 341440

285483.1