UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAQUELLE DEFELICE,                )
         Plaintiff       )
                                  )
                                  )
   v.                            )   Civil Action No. 05-30198-MAP
                                  )
                                  )
THONG V. NGUYEN,                  )
         Defendant       )

SETTLEMENT ORDER OF DISMISSAL
November 30, 2005

The court, having been advised on November 30, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk