UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAQUELLE DEFELICE,<br>  Plaintiff<br><br>vs.<br><br>THONG V. NGUYEN,<br>  Defendant | CIVIL ACTION NO. 05-30198-MAP |

     The parties to the above-entitled action hereby agree and stipulate to the disposal of this action pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii) with prejudice without interest or costs and that each party shall bear his, her or its own attorney's fees.

Dated: _____

| | |
|---|---|
| /s/ Robert A. DiTusa, Esq. | /s/ L. Jeffrey Meehan, Esq. |
| Attorney for the Plaintiff | Attorney for the Defendant |
| Alan R. Goodman, Esq. | L. Jeffrey Meehan, Esq. |
| Robert A. DiTusa, Esq. | Doherty, Wallace, Pillsbury and Murphy, P.C. |
| 1350 Main Street, 12th Floor | 1414 Main Street |
| Springfield, MA 01103 | Springfield, MA 01144 |
| Telephone: 413-736-1616 | Telephone: (413) 733-3111 |
| BBO# 649218 | BBO# 341440 |

292796.1